IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STATE OF GEORGIA,

             Plaintiff,

v.

CHRISTOPHER R. CABANE,

             Defendant.

1:15-cv-2908-WSD

## OPINION AND ORDER

This matter is before the Court on Magistrate Judge Gerrilyn G. Brill's Final Report and Recommendation [3] ("R&R"), recommending remand of this action pursuant to 28 U.S.C. § 1455(b)(4). Also before the Court are Christopher R. Cabane's Objections to the R&R [5] ("Objections").

Christopher R. Cabane is attempting to remove to this Court a criminal accusation for driving under the influence, obstruction of an officer, and traffic violations filed against him in state court. ([1.1] at 18-20). Cabane previously attempted to remove to this Court a prior criminal accusation for driving under the influence. (Civil Action No. 1:14-cv-2814). The Court remanded the action to federal court.

On October 27, 2015, the Magistrate Judge issued her R&R, recommending remand of this action.  Cabane's Objections to the R&R are incoherent and conspiratorial.  He claims he was kidnapped by the Newton County Sheriff's department, and accepted his plea under duress.

28 U.S.C. § 1455 requires that a notice of removal of a criminal prosecution be filed before trial and no later than 30 days following arraignment.  28 U.S.C. § 1344(b)(1).  The R&R recommends this action be remanded pursuant to 28 U.S.C. § 1455(b)(4) because Cabane's criminal proceeding has already been resolved via a guilty plea.  The Court, on its *de novo* review, finds that remand is required.  28 U.S.C. § 1455.

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Christopher R. Cabane's Objections to the R&R are **OVERRULED**.

**IT IS FURTHER ORDERED** that Magistrate Judge Gerrilyn G. Brill's Final Report and Recommendation [3] is **ADOPTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** pursuant to 28 U.S.C. § 1455(b)(4).

**SO ORDERED** this 22nd day of March, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE